NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHARLES IVIE,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case Number C 05-5185 JF (RS)<br><br>ORDER[1] DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

On February 3, 2006, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* and advised Plaintiff that his action would be dismissed without prejudice if Plaintiff failed to pay the filing fee within thirty days.  Plaintiff has not paid the filing fee.  Accordingly, the action is hereby DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

DATED:  5/17/06

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-5185 JF (RS)
ORDER DISMISSING ACTION WITHOUT PREJUDICE
(JFLC2)

1 | Copies of Order mailed to:
2 |
3 | Plaintiff *pro se*:
4 | Charles Ivie
  | 20 Helvic Avenue
5 | Monterey, CA 93940

2

Case No. C 05-5185 JF (RS)
ORDER DISMISSING ACTION WITHOUT PREJUDICE
(JFLC2)